IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.49.201.228

**ISP:** Comcast Cable
**Physical Location:** Canton, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/30/2016 15:24:07 | 5E4788E27A14C94CB1A55530A09BCB072E747B12 | Hotter Than Ever |
| 11/10/2016 18:30:16 | DB032D5B6C966785B3B1EDDC750DC70A6875A335 | Beauty In Blue |
| 10/22/2016 17:57:37 | 3C51F17B5DEAC60CFC27949687BDB98FA9A2259C | First Time Lesbian Loving |
| 10/22/2016 17:52:07 | 4E9615412BCC1D84B0B702F3DC42DC9EA7333ACF | Horsing Around |
| 10/10/2016 15:01:33 | EA2F26BB9B0C0C8C4810BBBE2CAA6D0AC7010BCE | Caprice Swaps Cocks |
| 10/10/2016 14:25:25 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 08/29/2016 00:24:38 | 7AA5E77FBE81730D96101FFC373064D92A93E294 | The Call Girl |
| 08/14/2016 01:10:55 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 07/05/2016 19:38:56 | 975A98587CD2FAA4E6B309B31B0C492715A93AB9 | The Ranch Hand |
| 06/29/2016 19:41:00 | 1C6E61E6696FA820CB8A8109C203E91C48D2C6A2 | Sultry Summer Heat |
| 06/05/2016 19:02:48 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 06/01/2016 17:55:15 | E7B87DB4F960D8789ED294E93A5C9637FBF86B09 | The Kitty Will Play |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

NEMI320