UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LCC,

       Plaintiff,                      Case No. 17-cv-10442
                                             Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 68.49.201.228,

       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: July 24, 2017


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 24, 2017, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764